(122 So. 699)

**B. C. THARPE v. STATE.** (6 Div. 425.)

Supreme Court of Alabama. May 30, 1929.

Windham & Countryman, of Birmingham, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

BOULDIN, J. Not committing ourselves to all that was said by the Court of Appeals touching the court's oral charge, we observe that, if error, it was favorable to defendant, and the writ is denied.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.